# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

**LISA SPARKS, et al.,** }
}
   **Plaintiffs,** }
}
**v.** }     Case No. 4:19-CV-35-CLM
}
**ALLY FINANCIAL INC., et al,** }
}
   **Defendant.** }

## AMENDED SCHEDULING ORDER

This order amends the scheduling orders entered on both April 8, 2019 and August 13, 2019. (Docs. 15, 18). To the extent that this order differs from any exiting scheduling order, this order supersedes and governs further proceedings in this action unless modified for good cause shown.

The existing dates and deadlines shall be replaced with the following:

| Event | Due Date |
|---|---|
| Discovery Ends | 01-31-2020 |
| Expert Disclosure | Plaintiffs: 12-03-2019; Defendants: 01-04-2020 |
| Telephone Conference | 02-03-2020 at 1:30 PM |
| Dispositive Motions | 02-10-2020 *Follow Appendix II* |
| Pretrial Conference | 05-25-2020 in Anniston, AL at 10:30 AM |
| Trial Date | 07-13-2020 in Birmingham, AL. |

All dispositive motions filed in this action, and all responses thereto, must comply with all requirements of Appendix II to this court's Uniform Initial Order.

The Court will not further extend any deadlines in this case absent a compelling demonstration of good cause.

**DONE** and **ORDERED** this 25th day of October, 2019.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE