# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **LISA SPARKS, et al.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 4:19-cv-35-CLM |
| ) | |
| **ALLY FINANCIAL, INC., et al.,** ) | |
| ) | |
| **Defendant.** ) | |

## Notice regarding Deadlines

On March 17, 2020, Chief Judge Coogler entered a General Order that stayed "all currently unexpired deadlines and briefing schedules" in all civil cases in the Northern District due to the COVID-19 emergency. Chief Judge Coogler terminated the stay on civil deadlines on April 30, 2020 (*see* attached).

Because all relevant deadlines in this case fall after April 30, 2020, the General Order does not apply to the deadlines in this case. In other words, the parties shall comply with the deadlines previously imposed by this Court. Nevertheless, any party may move the Court to extend deadlines for good cause, with a presumption that complications resulting from the COVID-19 emergency amount to good cause.

**DONE** and **ORDERED** on May 1, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE